IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

           Plaintiff,

vs.

KENDELL TEALER,

           Defendant.

**EXHIBIT LIST**

Case No.    8:14CR185
Deputy:     Sara Pankoke
Reporter:   Digital Recorder
Date:       May 29, 2014

| PLF | DFT | 3 | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
|---|---|---|---|---|---|---|---|---|
| 1 | | | Photograph dated 5/20/14 | X | | X | | 5/29/14 |
| 2 | | | Photograph dated 5/12/14 | X | | X | | 5/29/14 |
| 3 | | | Photograph labeled 5-12-14/5-20-14 | X | | X | | 5/29/14 |
| 4 | | | Photographs | X | | X | | 5/29/14 |

**OBJECTIONS**
    R: Relevancy
    H: Hearsay
    A: Authenticity
    O: Other (specify)

1