IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> vs.<br><br>KENDELL TEALER,<br><br>    Defendant. | **WITNESS LIST**<br><br>Case No. 8:14CR185<br>Deputy: Sara Pankoke<br>Reporter: Digital Recorder<br>Date: May 29, 2014 |

FOR PLAINTIFF:

| Name | Date |
|---|---|
| Dan Martin | May 29, 2014 |
|  |  |

FOR DEFENDANT:

| Name | Date |
|---|---|
|  |  |
|  |  |