FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

14 AUG 19 PM 5: 11

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>KENDELL TEALER,<br><br>          Defendant. | 8:14CR185<br><br>SUPERSEDING INDICTMENT<br>18 U.S.C. § 922(g)(1) and 924(a)(2) |

The Grand Jury Charges:

## COUNT I

On or about December 18, 2010, in the District of Nebraska, KENDELL TEALER, Defendant herein, having been convicted on September 23, 2008, in the District Court of Douglas County, Nebraska, of a crime punishable by imprisonment for a term exceeding one year, to wit: Theft—Unlawful Taking Over $1500, did knowingly possess in and affecting commerce, ammunition which had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL.

_____
FOREPERSON

_____
DEBORAH R. GILG
United States Attorney

The United States of America requests that trial of this case be held at Omaha, Nebraska, pursuant to the rules of this Court.

_____
MEREDITH B. TYRAKOSKI
Assistant United States Attorney