IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO:  8:14 CR185 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **AFFIDAVIT IN SUPPORT OF** |
| | ) | **MOTION FOR ISSUANCE OF** |
| KENDELL TEALER, | ) | **SUBPOENAS** |
| | ) | |
| Defendant. | ) | |

STATE OF NEBRASKA    )
                     ) ss.
COUNTY OF DOUGLAS    )

I, KRISTINA B. MURPHREE, Defendant herein, being first duly sworn on oath, deposes and states as follows:

1. I have been appointed to represent the Defendant because the Defendant is without funds to pay for the defense of his case.

2. The Defendant intends to subpoena Carrie A. Graham of Bloomington, Minnesota to offer testimony on Defendant's behalf at the trial of this matter. A brief summary of the necessity of her presence is that she was on the phone with Mikael Graham when he was shot, and therefore, was an "ear witness" to the incident that lead to the charging of the Defendant with possession of ammunition by a felon.

3. Accompanying the Motion for Issuance of Subpoena In Forma Pauperis is a completed subpoena for this witness to testify for the Defendant in this case.

I declare under penalty of perjury, pursuant to 38 U.S. C. Sec.1746, that the foregoing is true and correct.

Execute on this 16th day of May, 2015.

   /s/Kristina B. Murphree
Kristina B. Murphree #18373
Marks Clare & Richards, L.L.C.
11605 Miracle Hills Dr., Ste. 300
Omaha, NE  68154
(402) 492-9800
Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Meredith B. Tyrakoski
Assistant U.S. Attorney

   /s/Kristina B. Murphree
Kristina B. Murphree #18373