IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO:  8:14 CR185 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MOTION TO FILE SEALED** |
| | ) | **DOCUMENT** |
| KENDELL TEALER, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW Defendant, KENDELL TEALER, by and through his undersigned counsel, and hereby respectfully moves this Court for an Order authorizing the undersigned to file a sealed motion and sealed memorandum regarding the establishment of budget guidelines and funding for counsel.

Respectfully submitted this 2nd day of May, 2015.

KENDELL TEALER, Defendant

By:   /s/Kristina B. Murphree
Kristina B. Murphree #18373
Marks Clare & Richards, L.L.C.
11605 Miracle Hills Dr., Ste. 300
Omaha, NE  68154
KMurphree@MCRlawyers.com
(402) 492-9800
Attorney for Defendant

And:

By:   /s/Jack Fisher
Jack Fisher OBA #2939
Post Office Box 1976
Edmond, OK  73083
okfishlaw@aol.com
(405)235-9466
Attorney for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on May 2, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Meredith B. Tyrakoski and Matthew R. Molsen
Assistant U.S. Attorneys

                                            /s/Kristina B. Murphree
                                            Kristina B. Murphree #18373