IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KENDELL TEALER, )<br>)<br>Defendant. ) | Case No. 14-CR185-LES-FG3-1<br><br>**FIRST DISCOVERY<br>CONFERENCE REPORT** |

      Pursuant to the First Scheduling Order filed August 7, 2015 (Doc #84) the counsel for Defendant Kendell Tealer and counsel for the United States of America present this First Discovery Conference Report to the Court Regarding Racketeering and Murder Issues.

1. On August 30, 2015 counsel for Defendant Kendell Tealer presented a written Discovery Request to the counsel for the United States of America.

2. On September 3, 2015 counsel for both parties conferred telephonically regarding Defendant's written Discovery Request.

3. As a result of the conference, the United States of America agrees as follows:

   a. The Government will respond item by item to the Defense's Discovery Request regarding the confidential witness (CW) on or before September 21, 2015 by either providing the discovery requested or explaining why the discovery requested will not be provided;

   b. The Government will respond item by item to the Defense's discovery request regarding the 40th Avenue Crips, Kendell Tealer, and favorable evidence to the Defense as defined by *Brady v. Maryland* and it's progeny on or before October 15, 2015 by either providing the discovery requested or explaining why the

1

        discovery requested will not be provided; and

   c.    The Government will provide to the Defense the non-objectionable discovery requested in the Defense's Discovery Request as it becomes available rather than hold the material until the deadlines set forth in paragraphs "a" and "b" above.

Respectfully submitted this 4th day of September, 2015:

/s/Meridith B. Tyrakoski *
Meredith B. Tyrakoski, TX #24057766
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, NE  68102-1506
*and*
Matthew R. Molsen, #22693
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, NE  68102-1506
Attorneys for Plaintiff


Prepared by and Respectfully submitted this 4th day of September, 2015:

/s/Kristina B. Murphree
Kristina B. Murphree #18373
Marks Clare & Richards, L.L.C.
11605 Miracle Hills Dr., Ste. 300
Omaha, NE  68154
KMurphree@MCRlawyers.com
*and*
Jack D. Fisher #2939
Post Office Box 1976
Edmond, OK  73083
okfishlaw@aol.com
Attorneys for Defendant


*Signature attached with express permission of Assistant U.S. Attorney Meredith B. Tyrakoski.